**Currently Viewing:**

Borrower Name: Kocis, James
Property Address: 216 Dolomite Drive Monroeville, PA 15146
Servicer Name: PNC Bank
Loan Number: 7500025264

## Full History

| Date | Activity By | Action Taken |
|---|---|---|
| 09/15/2021 12:51:59 PM ET | Attorney | File Submitted |

File Submitted by Kristy Estock Mosur.
The following documents were submitted:
Kocis (Loan #5264) - Borrower Authorization (Added 09-15-2021)
Kocis (Loan #5264) - HAMP Request for Mortgage Assistance (RMA) (Added 09-15-2021)
Kocis (Loan #5264) - Uniform Borrower Assistance Form (Added 09-15-2021)
Kocis (Loan #5264) - Mortgage Assistance Application Form 710 (Added 09-15-2021)
Kocis (Loan #5264) - Financial Statement (Added 09-15-2021)
Kocis (Loan #5264) - Hardship Letter (Added 09-15-2021)
Kocis (Loan #5264) - IRS Form 4506-C (Added 09-15-2021)
Kocis (Loan #5264) - Dodd-Frank Certification (Added 09-15-2021)
Kocis (Loan #5264) - PNC Bank Mortgage Assistance Application (Added 09-15-2021)
Kocis (Loan #5264) - Borrower Income (Wages) - Paystubs Showing Most Recent 30 days' Earnings (Added 09-15-2021)
Kocis (Loan #5264) - Proof of Occupancy (Added 09-15-2021)
Kocis (Loan #5264) - Property Tax Bill (if not escrowed) (Added 09-15-2021)
Kocis (Loan #5264) - Homeowner's Insurance Declaration Page (if not escrowed) (Added 09-15-2021)
Kocis (Loan #5264) - Pension Income / Other Retirement Accounts - Proof of payment (Added 09-15-2021)
Kocis (Loan #5264) - Most Recent 2 Months Bank Statements (Added 09-15-2021)
Kocis (Loan #5264) - Statement of Any Delinquent Taxes Owed (if applicable) (Added 09-15-2021)
Kocis (Loan #5264) - Most Recent 2 Tax Returns (Added 09-15-2021)
Kocis (Loan #5264) - Government Monitoring Data (Added 09-15-2021)
Kocis (Loan #5264) - Loss Mitigation Order (Added 09-15-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/19/2021 07:59:19 PM ET | Servicer | Account Change |

**File Changed by:** Crystal Richardson.
**Change(s):**
Loan Number changed from 5264 to 7500025264 .

| Date | Activity By | Action Taken |
|---|---|---|
| 09/19/2021 08:00:51 PM ET | Servicer | File Opened |

File Opened by Crystal Richardson

EXHIBIT "A"

| Date | Activity By | Action Taken |
|---|---|---|
| 09/20/2021 04:07:40 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** Documents
**Message:**
The documents that were uploaded to the portal have been sent for review.  I may have an update in regards to the completeness of the file in 5-10 business days.

| Date | Activity By | Action Taken |
|---|---|---|
| 09/27/2021 04:10:37 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** Communication and Requested Documents
**CC:** mpeduto@c-vlaw.com
**Message:**
Our office received the attached letter in the mail.  All communication is to be through the Portal.

I have contacted Mr. and Mrs. Kocis to request the additional information you requested.  Attached is the complete UBA.

Thank you.

**Attached Files:**

Kocis (Loan #7500025264 ) - UBA (Added 09-27-2021)
Kocis (Loan #7500025264 ) - ltr 09-22-21 (Added 09-27-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/28/2021 09:11:42 AM ET | Servicer | Docs Incomplete Notice |

**File Rejected by:** Dana Figures.
**Reason:** Incomplete Package
**Due Date:** 10-08-2021
**Message:**

- **Other:**
  The letter also is mailed out. I have uploaded the letter as well. I will download the documents you have uploaded as well.

Kocis (Loan #7500025264 ) - 7500025264_Redacted.pdf (Added 09-28-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/30/2021 08:16:42 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** Financial Form
**Message:**
My review area indicated a different application will need to be filled out and submitted.  I have attached it below.

**Attached Files:**

Kocis (Loan #7500025264 ) - Hardship_Application 2021.pdf (Added 09-30-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 09/30/2021 12:15:42 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Financial Form
**CC:** mpeduto@c-vlaw.com
**Message:**
I discovered only the signature pages to the Financial Statement and Mortgage Assistance Application were uploaded.  Attached are the completed forms.
I requested LOE's from Mr. and Mrs. Kocis regarding their income and will upload them when received.

**Attached Files:**
Kocis (Loan #7500025264 ) - fin state (Added 09-30-2021)
Kocis (Loan #7500025264 ) - mtg assist app (Added 09-30-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/01/2021 10:05:13 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** LOE's
**CC:** peduto@c-vlaw.com
**Message:**
Attached are LOE's signed and dated by Mr. and Mrs. Kocis along with the 2020 1099-R.

Mr. and Mrs. Kocis received a telephone call from PNC Bank Wednesday night RE: LMA.  ALL communication is to be through the portal.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/01/2021 10:06:41 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: LOE's
**Message:**
Attachments referenced in prior message.

**Attached Files:**
Kocis (Loan #7500025264 ) - LOE's & 1099-R (Added 10-01-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 09:37:37 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** Verification of receipt of Annuity income
**Message:**
The financial form indicates that  $100.00 is being received every month from an annuity.  Does the bank statements that were provided document receipt of this income?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 09:55:56 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
Mr. Kocis receives the annuity of $1,200.00 annually as stated in his LOE.  His bankruptcy schedules reflected that payment as $100.00 monthly.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 11:03:47 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
Do they receive any information that can be used to verify receipt of this income for our review department?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 11:29:34 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
The attached annuity statement was previously uploaded to the portal.

**Attached Files:**
Kocis (Loan #7500025264 ) - state (Added 10-06-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 11:36:50 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
The statement was received.  However, as statement was viewed by our review area, where does it indicate that the debtor is receiving $100.00 per month or $1200.00 annually?  How often do they receive these statements?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 11:42:51 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
Annually.  Please see LOE previously uploaded.

**Attached Files:**

Kocis (Loan #7500025264 ) - LOE (Added 10-06-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 12:44:44 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
Is this a withdrawal at the borrower's discretion or a guaranteed monthly income?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 12:48:12 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
The financial form states that the borrower received $100.00 per month.  What PNC receives is a lump sum withdrawal.  We are trying to confirm if this monthly income or an at will withdrawal.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 01:44:58 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
I will ask Mr. Kocis if the annual annuity withdrawal is voluntary.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 02:36:54 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
Thank you. Please let me know as soon as possible.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 02:58:13 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
The withdrawal is a required minimum distribution under the IRS Code.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 03:01:28 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
So they are not receiving these funds on a monthly basis.  This is a one-time withdrawal correct?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 03:05:07 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
Correct, annually not monthly.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/06/2021 05:01:12 PM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
This will be continuing for the foreseeable future correct?

| Date | Activity By | Action Taken |
|---|---|---|
| 10/08/2021 10:35:38 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Verification of receipt of Annuity income
**CC:** mpeduto@c-vlaw.com
**Message:**
Yes.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/12/2021 12:52:58 PM ET | Servicer | Message Sent |

**From:** Claudia Bucio (Servicer)
**Subject:** RE: Verification of receipt of Annuity income
**Message:**
We are in need of the annuity pension statement and 2 months receipt of deposit and the 1099 ( The one sent in shows $0  or is blacked out in box 1 where gross shows for 2020 )

| Date | Activity By | Action Taken |
|---|---|---|
| 10/13/2021 10:20:17 AM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** Bankruptcy Rule 9020-3(d)
**CC:** mpeduto@c-vlaw.com
**Message:**
Mr. and Mrs. Kocis continue to receive correspondence and calls from PNC Bank.  **ALL** communication is to conducted exclusively through the Portal.

Attached is a copy of Bankruptcy Rule 9020-3.

**Attached Files:**

Kocis (Loan #7500025264 ) - Rule 9020-3 (Added 10-13-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/13/2021 10:26:43 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Bankruptcy Rule 9020-3(d)
**Message:**
I apologize for the calls. I will advise that area to stop contacting the borrowers.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/13/2021 11:14:55 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** Annuity Income
**Message:**
The items below are what is needed in order to count the annuity income:

1. A signed and dated letter from borrower that he plans on continuing the annual withdrawal from the annuity in the amount of $ 1,200.00
2. The 1099 R for 2020 the amount is "Blacked out and cannot be read.  Need new 1099 R for 2020
3. The 2021 annuity statement is only through June need  a more recent Annuity statement.  Needs to be within 90 days.  Need a copy of the Borrower's January bank Statement showing the deposit of $ 1414.34.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/14/2021 03:57:06 PM ET | Attorney | Message Sent |

**From:** Kristy Estock Mosur (Borrower Attorney)
**Subject:** RE: Annuity Income
**CC:** mpeduto@c-vlaw.com
**Message:**
Attached are the following:

LOE RE: continue to receive annuity;

1099 from 2020 for the RMD from GBU;

check stub from the 2021 RMD.

Mr. Kocis does not have a deposit in the amount of $1,202.19 from January 2021. He may have deposited it with another check  or cashed it to repair his truck.

**Attached Files:**
Kocis (Loan #7500025264 ) - LOE Update 1 (Added 10-14-2021)
Kocis (Loan #7500025264 ) - 1099 R (Added 10-14-2021)
Kocis (Loan #7500025264 ) - check (Added 10-14-2021)

| Date | Activity By | Action Taken |
|---|---|---|
| 10/18/2021 08:38:51 AM ET | Servicer | Message Sent |

**From:** Dana Figures (Servicer)
**Subject:** RE: Annuity Income
**Message:**
I have sent the information below to our review area.

| Date | Activity By | Action Taken |
|---|---|---|
| 10/22/2021 01:03:39 PM ET | Servicer | Account Change |

**File Changed by:** Dana Figures.
**Change(s):**
Status changed from Incomplete to Doc Review Completed.

**Comment:**
File has been deemed complete and is now under review for options. I will update status of file next Friday.

© Stretto 2021